

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2016

No. 04-16-00179-CR

Jason **TURNER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9801
Honorable Ray Olivarri, Judge Presiding

# O R D E R

After this court granted appellant two extension of time in which the file his brief, appellant's brief was due November 9, 2016. On the due date, appellant filed a third motion for extension of time asking for an additional thirty days in which to file the brief. After review, we GRANT appellant's motion and ORDER appellant to file his brief in this court on or before December 9, 2016. Appellant is advised that no further extension of time will be granted absent written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court